# Certificate of Mailing

Date printed 7/13/21    Case: 14-30497   Document: 33, 34

**On the date listed above, the Court mailed by first class U.S. Mail, the document listed above to the following parties:**

Korde & Associates, P.C.
c/o Tracy A. Kish, Esquire
900 Chelmsford Street
Suite 3102
Lowell, MA 01851

Form ID: certified requests
District/Off: 0101-3
User: ag